Case 7:24-cv-02468-KMK   Document 11   Filed 06/12/24   Page 1 of 1

# STRADLEY RONON

Stradley Ronon Stevens & Young, LLP

100 Park Avenue, Suite 2000

New York, NY 10017

Telephone 212.404.0641

Fax 646.682.7180

www.stradley.com

**Leisl Kerechek**
lkerechek@stradley.com
212.404.0628

June 12, 2024

**Via ECF**
Hon. Kenneth M. Karas
Federal Building and United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

      Re:    *Christopher Mongiello v. HSBC Bank USA NA, et al.*
              **Docket No. 7:24-cv-02468-KMK**
              *Letter Motion for Extension of Time to File Respondent's Brief*

Dear Judge Karas:

      This firm represents respondent HSBC Bank USA NA as Trustee for the LMT 2006-6 Trust Fund, aka HSBC Bank USA NA as Trustee for the Lehman Mortgage Trust Mortgage Pass-through Certificates, Series 2006-6 ("Respondent") in the above-referenced action. The current deadline for Respondent to file its brief in this matter is June 17, 2024.

      Respondent respectfully requests that the time to file its brief be extended to and include July 17, 2024. This extension of time is necessary to permit Respondent sufficient time to review the pleadings and to prepare its brief. This is Respondent's first request for an extension of time, and this request does not disrupt any other deadlines or proceedings in this matter.

Granted.
So Ordered.
6/12/24

Respectfully submitted,

*/s/ Leisl Kerechek*

Leisl Kerechek

cc: All counsel of record (*via ECF*)

Philadelphia, PA • Harrisburg, PA • Malvern, PA • Cherry Hill, NJ • Wilmington, DE • Washington, DC • New York, NY • Chicago, IL

A Pennsylvania Limited Liability Partnership

MERITAS LAW FIRMS WORLDWIDE

6835291v.1