CHRISTOPHER M. MONGIELLO
889 JAMES STREET
PELHAM MANOR, NY 10803
TEL: 914 646-8224
therockacademy@mac.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------x
In Re:                                  }     **7:24-cv-02468-KMK**
                                        }
CHRISTOPHER M. MONGIELLO                }
     Debtor,                            }
                                        }
---------------------------------------x

### MOTION TO STRIKE

Plaintiff / Appellant Christopher Mongiello, filed a letter motion in his pending case, *Mongiello v. Shellpoint Mortgage Servicing, US District Court Case No.6*. However, that letter ended up being filed by the clerk in this court case. Appellant filed the letter in the proper court and the clerk said that in order to remove it from this case, the Plaintiff needed to file a motion to strike.

Appellant respectfully requests that the court order the clerk to strike from the record the letter motion, ECF 6, on the basis it was filed by clerical error into the wrong court file.

Respectfully Submitted

DATED: April 19, 2024

_____
CHRISTOPHER M. MONGIELLO
889 JAMES STREET
PELHAM MANOR, NY 10803
TEL: 914 646-8224
therockacademy@mac.com

*Plaintiff's request is granted. The Clerk of Court is respectfully directed to strike Dkt. No. 6.*
*SO ORDERED.*

*[signature: KMK]*

*1/3/2025*

Page **1** of 2

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been served by US Mail, Postage Prepaid, First Class mail, on all parties according to the attached mail list.

HSBC Bank USA NA as Trustee for the LMT 2006-6 Trust Fund aka HSBC Bank USA NA as Trustee for the Lehman Mortgage Trust Mortgage-Pass-Through Certificates Series 2006-6
452 Fifth Avenue
New York, NY 10018

represented by

Lijue Thomas Philip
Stradley Ronon Stevens & Young LLP
100 Park Avenue
Suite 2000
New York, NY 10017
212-404-0625
Email: lijue.philip@gmail.com

Lauren Valle
The Glennon Law Firm, P.C.
160 Linden Oaks
Rochester, NY 14625
585-210-2150
Email: lvalle@glennonlawfirm.com

JEFFREY A. REICH
235 Main Street, Suite 450
White Plains, NY 10601
(914) 949-2126
(914) 949-1604 (Fax)


Respectfully Submitted

DATED: April 19, 2024

_____
CHRISTOPHER M. MONGIELLO
889 JAMES STREET
PELHAM MANOR, NY 10803
TEL: 914 646-8224
therockacademy@mac.com