**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
In re:

CHRISTOPHER MONGIELLO,

       Debtor.
-------------------------------------------------------------------X
 CHRISTOPHER MONGIELLO,

       Appellant,          24 **CIVIL** 2468 (KMK)

   -v-

HSBC BANK USA NA, as Trustee for the LMT 2006-6 Trust Fund, a.k.a. HSBC Bank USA NA as Trustee for the Lehman Mortgage Trust Mortgage Pass-Through Certificates Series 2006-6,

       Appellee.
-------------------------------------------------------------------X
CHRISTOPHER MONGIELLO,

       Appellant,          24 **CIVIL** 2548 (KMK)
                          <u>**JUDGMENT**</u>

   -v-

INDYMAC BANK, F.S.B, *and* SHELLPOINT MORTGAGE SERVICING, LLC,

       Appellees.
-------------------------------------------------------------------X

 It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 31, 2025, the appeals are denied and the orders of the Bankruptcy Court are affirmed; accordingly, the case is closed.

**Dated:** New York, New York
    March 31, 2025

                        **TAMMI M. HELLWIG**
                         **Clerk of Court**
               **BY:** *K. Mango*
                         **Deputy Clerk**